IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00056-BNB

SHAWN P. WILLIAMS,

    Plaintiff,

v.

JOHN P. MANLEY,
MR. T. BEAL,
MR. J. CABEL,
RON P. MADISON,
MARK COLLINS,
NORA GILADBACH, and
MISS D. LOCKE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 5 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Shawn P. Williams, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He submitted to the Court *pro se* a complaint titled "Cause of Action," among other documents. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on January 14, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Williams to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The January 14, 2009, order pointed out that Mr. Williams failed to submit a certified copy of his trust fund account statement for the six-month period immediately

proceeding this filing, among other deficiencies. The order warned Mr. Williams that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. On January 26, 2009, Magistrate Judge Boyd N. Boland granted Mr. Williams a thirty-day extension of time in which to cure the designated deficiencies or to show cause why he is unable to do so, including to submit written documentation of any denial by a prison official of his request for a certified trust fund account statement. Mr. Williams has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The January 14, 2009, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that the motions to amend filed on January 14 and 15, 2009, are denied as moot.

DATED at Denver, Colorado, this 5 day of March, 2009.

BY THE COURT:

*Zita Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00056-BNB

Shawn P. Williams
Reg. No. 09915-036
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/5/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk